UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN JOHNSON-ALLISON,

      Plaintiff,

v.

FORD MOTOR COMPANY UAW
RETIREMENT PLAN and BOATMAN
ALLISON, Jr.,

      Defendants.
_____/

Case No. 09-13352

Honorable Patrick J. Duggan

## **JUDGMENT**

For the reasons set forth in an opinion issued this date and pursuant to 28 U.S.C. § 1915(e)(2), **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED**.

                          s/PATRICK J. DUGGAN
                          UNITED STATES DISTRICT JUDGE

Date: August 31, 2009

copies to:
Evelyn Johnson-Allison
2733 Webb
Detroit, Michigan 48206